# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA



FILED
APR 9 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Michael T. Howard Docket No. 1:13MJ186

### Petition on Probation

COMES NOW Vakida J. Wilson, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michael T. Howard, who was placed on supervision by the Honorable T. Rawles Jones, Jr., United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 20th day of May, 2013, who fixed the period of supervision at 1 year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

### See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Returnable Date:** May 13, 2014 @ 10:00 a.m.

### ORDER OF COURT

Considered and ordered this 9th day of April, 2014 and ordered filed and made a part of the records in the above case.

/s/Thomas Rawles Jones, Jr.
T. Rawles Jones, Jr.
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-8-14

Vakida J. Wilson
U.S. Probation Officer
703-299-2346
Place Alexandria, Virginia

**TO CLERK'S OFFICE**

Prob 12 (10/09)

**Petition on Probation**
**Page 2**
**RE: Howard, Michael T.**

<u>OFFENSE</u>: Driving While Intoxicated with BAC of 0.08% or More in violation of Title 18, U.S.C., 13 assimilating VA Code 18.2-266(i).

<u>SENTENCE</u>: 1 year supervised probation with the following special conditions:

1. The defendant shall enter and successfully complete an alcohol education program as directed.

2. The defendant shall undergo substance abuse testing and/or treatment as directed.

3. The defendant shall serve three (3) consecutive days in jail (a total of 72 hours) at a time that is directed by the probation officer.

4. The defendant shall serve seventeen (17) days in home confinement with monitoring at a level the probation office deems appropriate and with timeouts as directed.

5. The defendant shall not operate a motor vehicle anywhere in the United States for a period of one (1) year except; a) to, from and as directly required by the defendant's employment, b) to and from the probation office, c) to and from the alcohol program and any other programs required by probation, and d) to and from this Court.

6. The defendant may not operate any motor vehicle unless it is equipped with an alcohol–detecting ignition interlock system approved by the probation officer.

7. The defendant shall not violate any local, state, or federal traffic law.

8. The defendant shall pay a fine of $100 and a $25 special assessment within 90 days.

<u>ADJUSTMENT TO SUPERVISION</u>: Mr. Howard has experienced challenges adjusting to the term of supervised probation. On July 19, 2013, a Report of Initial Positive Urinalysis was submitted indicating on May 20, 2013, Mr. Howard submitted a urine sample that tested positive for cocaine. On June 19, 2013, this officer received notification from Alere Toxicology, Inc. the sample confirmed positive for cocaine. As this use was believed to have occurred prior to sentencing for the instant offense, this officer requested no action be taken at that time. The Court approved this request on July 23, 2013.

On September 18, 2013, a Petition on Probation was submitted to the Court indicating Mr. Howard tested positive for the use of cocaine and he received a citation in Stafford County, Virginia, on September 13, 2013, for Driving after Forfeiture. The Court issued a warrant on September 23, 2013. On October 22, 2013, Mr. Howard appeared for a violation hearing at which time the petition was dismissed and Mr. Howard was continued on probation.

On January 13, 2014, a Petition on Probation was submitted to the Court advising Mr. Howard received a citation on November 22, 2013, in Stafford County, Virginia, for Following Too Closely. On that date, he also admitted to operating a motor vehicle not equipped with an alcohol detecting ignition interlock device. Mr. Howard appeared for a violation hearing on February 25, 2014, at which time he was found in violation. The term of probation was extended for one year beyond the original expiration date of May 19, 2014.

**Petition on Probation**
Page 3
RE: Howard, Michael T.

Since his last appearance before the Court, Mr. Howard has continued to violate the terms of his supervised probation.

VIOLATION: The following violation is submitted for the Court's consideration.

**MANDATORY CONDITION:** **COMMISSION OF A CRIME – DRIVING ON REVOKED.**

On March 21, 2014, Mr. Howard was cited by the Arlington County Police Department for Driving on a Revoked License. Mr. Howard is scheduled to appear in the Arlington County General District Court on June 23, 2014, for trial. This officer met with Mr. Howard on March 28, 2014, and obtained a copy of the summons.

VJW/smk

Prob 12 (10/09)